IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 08-cv-01302-MSK-MJW

SHARON SANDOVAL,

       Plaintiff,

v.

MUSCULOSKELATAL TRANSPLANT FOUNDATION, INC.,

       Defendant.

---

**ORDER OF DISMISSAL WITH PREJUDICE AND TO CLOSE CASE**

---

       THIS MATTER is before the Court on the Joint Motion to Dismiss With Prejudice **(#27)** filed March 31, 2009. The Court having reviewed the foregoing:

       **ORDERS** that the Motion is **GRANTED**. All claims asserted in the above-captioned matter dismissed with prejudice, each party to bear his, her or its own costs and attorneys' fees incurred in connection with this action. The Clerk shall close this case.

       DATED this 31st day of March, 2009.

                              **BY THE COURT:**

                              */s/ Marcia S. Krieger*

                              Marcia S. Krieger
                              United States District Judge